CO-386-online
10/03

# United States District Court
# For the District of Columbia

CHICAGO INSURANCE COMPANY,　)
)
)
)
vs　　　　Plaintiff　)　Civil Action No._____
)
ALEXANDER J. PIRES, JR. and　)
CONLON, FRANTZ & PIRES, LLP　)
)
Defendant　)

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __CHICAGO INSURANCE COMPANY__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ALLIANZ__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__250092__
BAR IDENTIFICATION NO.

ALFRED C. CONSTANTS III
Print Name

CARON, CONSTANTS & WILSON, 201 ROUTE 17 NORTH
Address

RUTHERFORD NJ　　07070
City　　　State　　Zip Code

201 507-3683
Phone Number