| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, ATTACHMENTS** <br> EFFECTED (1) BY ME: **OUT OF STATE** <br> TITLE: **PROCESS SERVER** | DATE: 6-28-06 <br> 11:38 Am |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

ALEXANDER J. PIRES, JR. C/O CONLON, FRANTZ, PHELAN & PIRES

Place where served: 1818 N Street N.W., Wash D.C 20036

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

Relationship to defendant: _____

Description of person accepting service:

SEX: M   AGE: 55-60   HEIGHT: 5'11"   WEIGHT: 230   SKIN: White   HAIR: Long Gray Hair   OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6 / 28 / 2006

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:  ALFRED C. CONSTANTS III, ESQ.
PLAINTIFF:  CHICAGO INS CO
DEFENDANT:  ALEXANDER J. PIRES, JR., ET AL
VENUE:      DISTRICT OF COLUMBIA
DOCKET:     1:06 CV 01113

**RECEIVED**

JUL 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.