IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, | |
| Plaintiff, | Case No. 1:06CV01113 RCL |
| vs. | |
| ALEXANDER J. PIRES, JR., CONLON, FRANTZ, PHELAN & PIRES, LLP, JIMMY KEITH LEE, SR., WILLIAM DENNY LEE, DALE R. LUCAS, ROBERT SAMUEL ("SAMMY") TANT, and D. KEITH PARRISH, | |
| Defendants. | |

### VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT D. KEITH PARRISH

Plaintiff CHICAGO INSURANCE COMPANY hereby moves pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to voluntarily dismiss the Complaint without prejudice as to Defendant D. KEITH PARRISH only, who has not made an appearance or filed an answer in this matter.

_____
ALFRED C. CONSTANTS III
D.C. Bar #250092
CARON CONSTANTS & WILSON
Chicago Insurance Company
201 Route 17 North, 5th Floor
Rutherford, NJ 07070
Tel.: (201) 507-3683
Fax: (201) 507-3675
aconsta1@ffic.com

COUNSEL FOR PLAINTIFF