| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: SUMMONS AND COMPLAINT, ATTACHMENTS<br>EFFECTED (1) BY ME: OUT OF STATE<br>TITLE: PROCESS SERVER | DATE: 7/20/06 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DALE R. LUCAS

Place where served: 11477 NC-55 EAST, DUNN, NC    5:41 p.m.

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: Kim Lucas (SPOUSE)

Relationship to defendant: SPOUSE

Description of person accepting service:

SEX: F   AGE: 40   HEIGHT: 5'9"   WEIGHT: 160   SKIN: W   HAIR: BRN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___    SERVICES $ ____.___    TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/20/2006    William T. Gartman    L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: ALFRED C. CONSTANTS III, ESQ.
PLAINTIFF: CHICAGO INS CO
DEFENDANT: ALEXANDER J. PIRES, JR., ET AL
VENUE: DISTRICT OF COLUMBIA
DOCKET: 1:06 CV 01113

S.P.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.