AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, ATTACHMENTS |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |
| DATE: | 7/21/06 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JIMMY KEITH LEE, SR.

Place where served: 1303 Richardson Road, Zebulon, NC

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JACQUIE LEE

Relationship to defendant: DAUGHTER

Description of person accepting service:

SEX: F   AGE: 34   HEIGHT: 5'4"   WEIGHT: 140   SKIN: WTE   HAIR: RED   OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___    SERVICES $ ___.___    TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/21/2006

William T. Gartman III

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

S.P.

| | |
|---|---|
| ATTORNEY: | ALFRED C. CONSTANTS III, ESQ. |
| PLAINTIFF: | CHICAGO INS CO |
| DEFENDANT: | ALEXANDER J. PIRES, JR., ET AL |
| VENUE: | DISTRICT OF COLUMBIA |
| DOCKET: | 1:06 CV 01113 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.