**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**CHICAGO INSURANCE COMPANY**

           **Plaintiff,**

   **v.**

**ALEXANDER PIRES, ET AL.**

           **Defendants.**

      **Civil Action No.:  1:06CV01113 RCL**

---

**DEFENDANT JIMMY KEITH LEE, WILLIAM DENNY LEE, DALE R LUCAS AND ROBERT SAMUEL TANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

     Defendants Jimmy Keith Lee, William Denny Lee, Dale R Lucas and Robert Samuel Tant ("Lee Defendants") hereby move for an extension of time in which to respond to the Amended Complaint filed by Plaintiff Chicago Insurance Company, and as grounds therefore, state as follows.

1. Plaintiff filed this action on July 6, 2006.

2. Upon information and belief, between July 19 and 24, 2006, each of the Lee Defendants were served with process.

3. Pursuant to Fed. R. Civ. P. 12 , the responsive pleadings of each of the Lee Defendants is due between August 8 and 14, 2006.

4. The Lee Defendants respectfully request a thirty day extension of time from the date of the earliest served Lee Defendant, until September 8, 2006, to prepare its response to Plaintiff's Amended Complaint.

5. Pursuant to LCvR 7 (m), undersigned counsel certifies that he has consulted with counsel for the Plaintiff, who has represented that he does not oppose such an extension.

WHEREFORE, the Lee Defendants respectfully request that this Court enter an Order extending the time in which to file any pleading in response to Plaintiff's Amended Complaint until September 8, 2006.

Dated this 4th day of August, 2006.

Respectfully submitted,

_____/s/ Stewart D. Fried_____
Stewart D. Fried (Bar # 457801)
KILPATRICK STOCKTON, LLP
607 14th Street, NW, Suite 900
Washington, DC  20037
Telephone: (202) 824-1434
Facsimile: (202) 585-0066
E-Mail:  sfried@kilpatrickstockton.com

Gregg E. McDougal, Esq.
Chris Jackson, Esq.
Kilpatrick Stockton LLP
3737 Glenwood Avenue
Suite 400
Raleigh, NC  27612
Telephone: (919) 420-1700
Facsimile:   (919) 420-1800

Of Counsel

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of August, 2006,  a true and correct copy of the foregoing Consent Motion for an Extension of Time to Answer Plaintiff's Amended Complaint was served via electronic filing, pursuant to LCvR5.4 (d) to the following:

Alfred C. Constants, III
Caron, Constants & Wilson
201 Route 17 North
Fifth Floor
Rutherford NJ 07070

_____ /s/ Stewart D. Fried_____
Stewart D. Fried

US2000 9434050.1