**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHICAGO INSURANCE COMPANY**<br><br>　　　　　**Plaintiff,**<br>　v.<br><br>**ALEXANDER PIRES, ET AL.**<br>　　　　　**Defendants.** | Civil Action No.:  1:06CV01113 RCL |

**[PROPOSED] ORDER**

　　　Defendants Jimmy Keith Lee, William Denny Lee, Dale R Lucas and Robert Samuel Tant ("Lee Defendants") have moved for an extension of time until September 8 , 2006, in which to respond to the Plaintiff's Amended Complaint.  Counsel for Plaintiff has consented to this motion.  In light of the lack of opposition to this motion, the Lee Defendants' motion is hereby GRANTED and it is hereby ORDERED that the Lee Defendants shall file their responsive pleadings to Plaintiff's Amended Complaint no later than September 8, 2006..

　　　　　　　　　SO ORDERED on this __ day of August, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

US2000 9434176.1