| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, ATTACHMENTS | |
| EFFECTED (1) BY ME: | OUT OF STATE | |
| TITLE: | PROCESS SERVER | DATE: 7/24/06 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ROBERT SAMUEL TANT

Place where served: 8026 S. Halifax, Rocky Mount, NC 27803-8637

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: Tammy Mathews

Relationship to defendant: Girlfriend (8 years) resident

Description of person accepting service:

SEX: F  AGE: 37  HEIGHT: 5'8"  WEIGHT: 120  SKIN: W  HAIR: BRN  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

R.R

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7 / 24 / 20 06

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   ALFRED C. CONSTANTS III, ESQ.
PLAINTIFF:  CHICAGO INS CO
DEFENDANT:  ALEXANDER J. PIRES, JR., ET AL
VENUE:      DISTRICT OF COLUMBIA
DOCKET:     1:06 CV 01113

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.