IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHICAGO INSURANCE COMPANY         :

            Plaintiff                         :

    vs.                               :         Case No. 1:06CV01113 RCL

ALEXANDER J. PIRES, JR. et al     :         Judge Royce C. Lamberth

            Defendants                        :

## ANSWER TO AMENDED COMPLAINT

The Defendant, Conlon, Frantz, Phelan & Pires, LLP, by counsel, David J. Frantz, for its

Answer to the Amended Complaint states as follows:

### First Defense

The Amended Complaint fails to state a claim upon which relief can be granted.

### Second Defense

1.    Paragraph 1 requires no response.

2.    The Defendant is without sufficient information to form a belief as to the truth of

the allegations of paragraph 2, and therefore denies the same and demands strict proof.

3.    Paragraph 3 is denied.

4.    The first sentence of Paragraph 4 is admitted. It is also admitted that the

Defendant Pires is a partner in the Law Firm; however, it is denied that he works in the District

of Columbia.

5.    The Defendant is without sufficient information to form a belief as to the truth of

the allegations of paragraphs 5, and therefore denies the same and demands strict proof.

6.      The Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraphs 6, and therefore denies the same and demands strict proof.

7.      The Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraphs 7, and therefore denies the same and demands strict proof.

8.      The Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraphs 8, and therefore denies the same and demands strict proof.

9.      The Defendant is without sufficient information to form a belief as to the truth of the allegations of paragraphs 9, and therefore denies the same and demands strict proof.

10.     The Defendant is without sufficient information to form a belief as to the truth of the allegations regarding diversity of citizenship of the parties as set forth in paragraph 10, and therefore denies the same and demands strict proof.

11.     Paragraph 11 is admitted with regard to the Law Firm, but is denied with regard to Mr. Pires.

12.     Paragraph 12 states a legal conclusion that requires no response.

13.     Paragraph 13 is admitted.

14.     Paragraph 14 is denied as it is an attempt to characterize the Underlying Complaint, which speaks for itself.

15.     Paragraph 15 is denied as it is an attempt to characterize the Underlying Complaint, which speaks for itself.

16.     The Defendant admits that it received fees from the tobacco litigation but denies that the amount of the fees was $11 million as alleged in paragraph 16.

17.     Paragraph 17 is admitted.

18.     Paragraph 18 is denied.

2

19.     Paragraph 19 is admitted.

20.     Paragraph 20 is denied as it is an attempt to characterize the referenced letter, which speaks for itself.

21.     In response to the allegations of paragraph 21, the Defendant admits that to the extent that the Underlying Plaintiffs claim "disgorgement and/or return of fees" that said claim, together with all other damage claims asserted by the Underlying Plaintiffs, is covered by the Chicago policy.

22.     Paragraph 22 is denied.

23.     Paragraph 23 is admitted.

24.     Paragraph 24 is admitted.

25.     Upon information and belief, the Defendant Parrish has been dismissed as a Defendant in the Underlying Complaint. Accordingly, paragraph 25 is denied.

26.     The above recited responses to Paragraphs 1 through 25 are restated and incorporated by reference.

27.     Paragraph 27 is admitted.

28.     Paragraph 28 is denied.

29.     The Defendant admits that there is a justiciable controversy but denies the remaining allegations of Paragraph 29.

WHEREFORE, the Defendant, Conlon, Frantz, Phelan & Pires, LLP prays that:

1. The Court deny the relief demanded by the Plaintiff.

2. The Court declare that the Plaintiff is obligated to indemnify Conlon, Frantz, Phelan & Pires, LLP with respect to the disgorgement claim for the disgorgement and/or return of fees and for all other damage claims brought by the Underlying Plaintiffs.

3

3. Award the Defendant costs and attorney's fees.

4. Award such other relief as the Court may deem equitable, just and proper.

**CONLON, FRANTZ, PHELAN & VARMA, LLP**

By ___/s/ *David J. Frantz*_____
    David J. Frantz    #202853
    1818 N Street, N.W.  -   Suite 700
    Washington, D.C.  20036
    (202) 331-7050
    (202) 331-9306 (Fax)
    Counsel for Defendant Conlon, Frantz, Phelan
     & Pires, LLP

## Jury Demand

The Defendant, Conlon, Frantz, Phelan & Pires, LLP demands trial by jury.

    /s/ *David J. Frantz*_____