UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHICAGO INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1113 (RCL) |
| ALEXANDER PIRES, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Defendants Jimmy Keith Lee, William Denny Lee, Dale R Lucas and Robert Samuel Tant ("Lee Defendants") have moved for an extension of time until September 8 , 2006, in which to respond to the Plaintiff's Amended Complaint. Counsel for Plaintiff has consented to this motion. In light of the lack of opposition to this motion, the Lee Defendants' motion is hereby

GRANTED; and it is hereby

ORDERED that the Lee Defendants shall file their responsive pleadings to Plaintiff's Amended Complaint no later than September 8, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.