IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHICAGO INSURANCE COMPANY,

        Plaintiff,

vs.

ALEXANDER J. PIRES, JR., CONLON, FRANTZ,
PHELAN & PIRES, LLP, JIMMY KEITH LEE, SR.,
WILLIAM DENNY LEE, DALE R. LUCAS, ROBERT
SAMUEL ("SAMMY") TANT, and D. KEITH
PARRISH,

        Defendants.

Case No. 1:06CV01113 RCL

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff CHICAGO INSURANCE COMPANY hereby moves pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to voluntarily dismiss the Complaint with prejudice as against defendants Alexander J. Pires, Jr., Jimmy Keith Lee, Sr., William Denny Lee, Dale R. Lucas, Robert Samuel ("Sammy") Tant, and D. Keith Parrish, as none of these defendants have filed an answer in this matter.

It is hereby stipulated and agreed that this matter has been amicably resolved as and between Plaintiff Chicago Insurance Company and Defendant Conlon, Frantz, Phelan & Pires, LLP and the Complaint against Conlon, Frantz, Phelan & Pires, LLP is hereby dismissed with prejudice and without costs to either party.

*[signature]*
Alfred C. Constants III
D.C. Bar #250092
CARON CONSTANTS & WILSON
201 Route 17 North, 5th Floor
Rutherford, NJ 07070
Tel.: (201) 507-3683
Fax: (201) 507-3675
aconsta1@ffic.com
Counsel for Plaintiff
Chicago Insurance Company

*[signature]*
David J. Frantz #202853
CONLON, FRANTZ, PHELAN & VARMA, LLP
1818 N Street, N.W. – Suite 700
Washington, DC 20036
Tel.: (202) 331-7050
Fax: (202) 331-9306
Counsel for Defendant
Conlon, Frantz, Phelan & Pires, LLP