IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, | |
| Plaintiff, | Case No. 1:06CV01113 RCL |
| vs. | |
| ALEXANDER J. PIRES, JR., CONLON, FRANTZ, PHELAN & PIRES, LLP, JIMMY KEITH LEE, SR., WILLIAM DENNY LEE, DALE R. LUCAS, ROBERT SAMUEL ("SAMMY") TANT, and D. KEITH PARRISH, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff CHICAGO INSURANCE COMPANY, pursuant to Fed. R. Civ. P. 41(a) (1) (i) hereby gives notice of its voluntarily dismissal with prejudice of all claims against Defendants Alexander J. Pires, Jr., Jimmy Keith Lee, Sr., William Denny Lee, Dale R. Lucas, Robert Samuel ("Sammy") Tant, and D. Keith Parrish, who are the remaining Defendants in this action. By this notice, it is Plaintiff's intent that this action be concluded with finality.

Alfred C. Constants III
D.C. Bar #250092
CARON CONSTANTS & WILSON
201 Route 17 North, 5th Floor
Rutherford, NJ 07070
Tel.: (201) 507-3683
Fax: (201) 507-3675
aconsta1@ffic.com
Counsel for Plaintiff
Chicago Insurance Company